**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 23-1321**

─────────

ALLISON BLANCHARD,

        Plaintiff - Appellant,

    v.

ARLINGTON COUNTY, VIRGINIA,

        Defendant - Appellee.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:21-cv-00649-TSE-IDD)

─────────

Submitted: November 16, 2023            Decided: November 21, 2023

─────────

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

**ON BRIEF:** Kristen J. Farr, THE SPIGGLE LAW FIRM, P.C., Alexandria, Virginia, for Appellant. Heather K. Bardot, MCGAVIN, BOYCE, BARDOT, THORSEN & KATZ, P.C., Fairfax, Virginia; Virginia M. Sadler, COUNTY ATTORNEY'S OFFICE, Arlington, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allison Blanchard appeals the district court's order granting Defendant summary judgment on Blanchard's discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213; and the Family and Medical Leave Act, 29 U.S.C. §§ 2601 to 2654.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Blanchard v. Arlington Cnty., Va.*, No. 1:21-cv-00649-TSE-IDD (E.D. Va. Feb. 24, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*